UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE WILSON; ET AL.,<br><br>           Plaintiffs,<br><br>    v.<br><br>CARMICHAEL CARE AND REHABILITATION CENTER; ET AL.,<br><br>           Defendants. | No.  2:15-cv-00399 JAM AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

The Court having considered Plaintiffs' Motion to Remand, the materials filed along with this motion, and Defendants Carmichael Care, Inc. and North American Health Care, Inc.'s response to the motion, and good cause appearing therefor,

   IT IS HEREBY ORDERED that the Motion is granted.

   IT IS FURTHER ORDERED that this action be immediately remanded to the Superior Court for the County of Sacramento.

   IT IS SO ORDERED.

Dated: June 9, 2015

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1